```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 43674
   MALINDA A COCKRUM
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3391

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/24/2004 and was confirmed 01/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

     The case was paid in full 07/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
ECAST SETTLEMENT CORP      UNSECURED          7907.75          .00           3163.10
WELLS FARGO FINANCIAL IL   UNSECURED           245.33          .00             98.13
FORD MOTOR CREDIT          SECURED            4825.09       275.17           4825.09
JAMES F MESSINGER & CO I   CURRENT MORTG         .00           .00               .00
CAPITAL ONE SERVICES       UNSECURED        NOT FILED          .00               .00
DIRECT MERCHANTS BANK      UNSECURED        NOT FILED          .00               .00
HOUSEHOLD CREDIT SERVICE   UNSECURED          3597.45          .00           1438.98
ECAST SETTLEMENT CORP      UNSECURED          8114.45          .00           3245.78
SHERMAN ACQUISITION        UNSECURED          5266.53          .00           2106.61
LEGAL HELPERS PC           DEBTOR ATTY        2,300.00                       2,300.00
TOM VAUGHN                 TRUSTEE                                           1,068.53
DEBTOR REFUND              REFUND                                              183.61

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            18,705.00

PRIORITY                                          .00
SECURED                                      4,825.09
    INTEREST                                   275.17
UNSECURED                                   10,052.60
ADMINISTRATIVE                               2,300.00
TRUSTEE COMPENSATION                         1,068.53
DEBTOR REFUND                                  183.61
                   ---------------       ---------------
TOTALS             18,705.00                18,705.00




                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 43674 MALINDA A COCKRUM
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE